UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMELIA MARITIME GROUP LTD.,

                Plaintiff,

-against-

INTEGR8 FUELS INC.,

                Defendant.

23-CV-3304 (JGLC)

**NOTICE OF REASSIGNEMENT**

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

      On April 27, 2023, the Court ordered, *inter alia*, process of maritime attachment and garnishment to issue against certain property belonging to or being held for Defendant by Garnishees. (Dkt. 11). Since that date, no action has been taken in this case. Accordingly, Plaintiff is hereby ORDERED to file a letter **no later than July 20, 2023**, updating the Court on the status of this case, including whether Plaintiff has served the attachment order on Garnishees and successfully attached any of Defendant's property referenced in the Court's April 27 Order.

Dated: July 7, 2023
       New York, New York

                                    SO ORDERED.

                                    *Jessica Clarke*

                                    JESSICA G. L. CLARKE
                                    United States District Judge