

1271 Avenue of the Americas | New York, NY 10020
blankrome.com



*Phone:* (212) 885-5152
*Fax:* (917) 332-3858
*Email:* william.bennett@blankrome.com

July 20, 2023

<u>Via ECF</u>

Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:   *Amelia Maritime Group Ltd. v. Integr8 Fuels Inc.*
                1:23-cv-03304-JGLC

Dear Judge Clarke:

      We are attorneys for plaintiff Amelia Maritime Group Ltd. ("Amelia") in the above-referenced proceeding. We submit this status report pursuant to this Court's Order at ECF 11.

      By way of brief background, on April 20, 2023, Amelia filed a complaint against defendant Integr8 Fuels Inc. ("Integr8") pursuant to Supplemental Rule B for Certain Admiralty and Maritime Claims, requesting the issuance of writs of maritime attachment, and asserting several causes of action arising out of a wrongful arrest of Amelia's vessel in the United Arab Emirates ("UAE"). (ECF 1). As a result of the wrongful arrest, Amelia claims damages in the amount of $862,735.00.

      On April 27, 2023, this Court issued an Order directing the Clerk to issue Process of Maritime Attachment and Garnishment and Appointing Process Server. (ECF 11). Pursuant to the Order, the Clerk issued a Writ of Maritime Attachment and Garnishment on April 27, 2023.

      The Writ of Maritime Attachment and Garnishment was served on Garnishee Navig8 on May 8, 2023 at their offices located in 230 Park Avenue, 4th Floor, Suite 435, New York, NY 10169. On June 1, 2023, the undersigned received a letter from Navig8 which stated that "at the time of service of the documents, and through the present, none of the Garnishees held or hold any tangible or intangible property belonging to or being held for the Defendant."

BLANKROME

Hon. Jessica G. L. Clarke
July 20, 2023
Page 2

Additionally, on May 10, 2023, we sent copies of the summons and complaint together with a waiver form to who we believe to be Integr8's New York counsel. While we requested for service to be waived, we have not yet heard back from counsel as to whether Integr8 will agree to waive service. In the circumstances, we will need to effectuate service upon Integr8 in its country of incorporation. Therefore, we respectfully request additional time to proceed with service of the summons and complaint upon Integr8.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

*[signature]*

William R. Bennett III

---

The Court's Order of April 27, 2023, Dkt. 11, expired on June 26, 2023. The Court understands from Counsel that Plaintiff has been unsuccessful in restraining any assets pursuant to the April 27 Order. Plaintiff is ORDERED to file a letter, no longer than three pages, by **July 31, 2023** showing good cause for a 60 day extension of the April 27 Order and to SHOW CAUSE as to why the Court may exercise personal jurisdiction over Defendant notwithstanding Plaintiff's inability to locate any of Defendant's funds in this District. *See Arctic Ocean Int'l, Ltd. v. High Seas Shipping, Ltd.*, 622 F. Supp. 2d 46, 52 (S.D.N.Y. 2009).

Plaintiff's deadline to serve the summons and complaint pursuant to Federal Rule of Civil Procedure 4(m) expired on July 19, 2023. The Court will determine whether to extend this deadline after receiving Plaintiff's letter described above.

Plaintiff is reminded that, per the Court's Individual Rules, requests for extensions must be made at least 48 hours prior to the deadline.

Dated: July 25, 2023
      New York, New York

SO ORDERED.

*[signature]*

JESSICA G. L. CLARKE
United States District Judge

166452.06501/132291458v.1