UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMELIA MARITIME GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> INTEGR8 FUELS INC., <br><br> Defendant. | Civ. No.   1:23-cv-03304-JGLC <br><br> IN ADMIRALTY |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that no answer having been filed in this matter, the complaint shall be and it is hereby voluntarily dismissed on a without prejudice basis pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

Dated: New York, New York
       July 28, 2023

                    **BLANK ROME LLP**

            By:   */s/ William R. Bennett*
                  William R. Bennett III
                  Noe S. Hamra
                  1271 Avenue of the Americas
                  New York, New York 10020
                  (212) 885-5000
                  William.Bennett@BlankRome.com
                  Noe.Hamra@BlankRome.com

                  *Attorneys for Plaintiff*
                  *Amelia Maritime Group Ltd.*